AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court for the District of Delaware |
|---|---|
| DOCKET NO. | DATE FILED<br>3/27/2025 |
| PLAINTIFF<br>DEA Lookup.com, Inc. | DEFENDANT<br>PharmScript, LLC |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SEE ATTACHED | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

|    | A                                              | B                | C              | D                     |
|----|------------------------------------------------|------------------|----------------|-----------------------|
| 1  | **Full Title of Work**                         | **Copyright Reg.** | **Type of Work** | **Claimant of Work**  |
| 2  | License Lookup Version 2.5.                    | TX 9-006-317     | Computer File  | DEA Lookup.com, Inc.  |
| 3  | License Lookup - Version 2.1.                  | TX 8-975-475     | Computer File  | DEA Lookup.com, Inc.  |
| 4  | License Lookup Version 3.8.                    | TX 9-124-324     | Computer File  | DEA Lookup.com, Inc.  |
| 5  | Visual Interface - License Lookup - Version 2.1. | VA 2-282-436   | Visual Material | DEA Lookup.com, Inc. |
| 6  | DEA Data Automator - Version 1.                | TX 9-144-527     | Computer File  | DEA Lookup.com, Inc.  |
| 7  | NPI Data Automator - Version 1.                | TX 9-135-268     | Text           | DEA Lookup.com, Inc.  |
| 8  | DEA Lookup user interface - Version 1.         | TX 9-125-943     | Computer File  | DEA Lookup.com, Inc.  |
| 9  | NPI On-The-Fly Cross Reference - Version 1.    | TX 9-118-612     | Computer File  | DEA Lookup.com, Inc.  |
| 10 | DEA List Validator - Version 1.                | TX 9-118-960     | Computer File  | DEA Lookup.com, Inc.  |
| 11 | Custom Backup and Restorer - Version.          | TX 9-118-999     | Computer File  | DEA Lookup.com, Inc.  |
| 12 | Custom Data Encrypter - Version 1.             | TX 9-121-751     | Computer File  | DEA Lookup.com, Inc.  |
| 13 | Unique Machine ID Generator - Version 1.       | TX 9-123-162     | Computer File  | DEA Lookup.com, Inc.  |
| 14 | Custom MFA Software - Version 1.               | TX 9-122-914     | Computer File  | DEA Lookup.com, Inc.  |
| 15 | ScreenShare Detector - Version 1.              | TX 9-122-933     | Computer File  | DEA Lookup.com, Inc.  |
| 16 | Custom Progress Bar Generator - Version 1.     | TX 9-121-748     | Computer File  | DEA Lookup.com, Inc.  |
| 17 | ScreenShare Blocker - Version 1.               | TX 9-121-749     | Computer File  | DEA Lookup.com, Inc.  |
| 18 | Connection Monitor - Version 1.                | TX 9-132-050     | Computer File  | DEA Lookup.com, Inc.  |
| 19 | Deactivated DEA Search - Version 1.            | TX 9-204-503     | Computer File  | DEA Lookup.com, Inc.  |
| 20 | Log Report Generator - Version 1.              | TX 9-204-894     | Computer File  | DEA Lookup.com, Inc.  |
| 21 | DEA Certificate Downloader - Version 1.        | TX 9-204-603     | Computer File  | DEA Lookup.com, Inc.  |
| 22 | DEA License Copy Downloader - Version 1.       | TX 9-204-589     | Computer File  | DEA Lookup.com, Inc.  |
| 23 | DEA Data Error Checks - Version 1, Build 1.0.  | TX 9-305-581     | Computer File  | DEA Lookup.com, Inc.  |
| 24 | New License Search.                            | TX 9-348-342     | Computer File  | DEA Lookup.com, Inc.  |
| 25 | DEA Favorites and Notifications.               | TX 9-348-347     | Computer File  | DEA Lookup.com, Inc.  |
| 26 | DEA License Changes.                           | TX 9-348-503     | Computer File  | DEA Lookup.com, Inc.  |
| 27 | DEA Local Data Update.                         | TX 9-348-367     | Computer File  | DEA Lookup.com, Inc.  |
| 28 | Process Blocker.                               | TX 9-349-377     | Computer File  | DEA Lookup.com, Inc.  |