# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEA LOOKUP.COM, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. _____ |
| v. | ) ) |
| PHARMASCRIPT, LLC, | ) ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff DEA Lookup.com, Inc. ("DEA Lookup.com"), for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states that it is not a publicly traded corporation, and has no parent corporation or publicly traded corporation that owns 10% or more of its stock.

|  |  |
|---|---|
|  | CONNOLLY GALLAGHER LLP |
| OF COUNSEL: | */s/ Alan R. Silverstein* |
|  | Alan R. Silverstein (#5066) |
| Alan M. Anderson | 1201 North Market Street |
| L. Reagan Florence | 20th Floor |
| ALAN ANDERSON LAW FIRM LLC | Wilmington, DE 19801 |
| Crescent Ridge Corporate Center | (302) 757-7322 |
| 11100 Wayzata Blvd., Suite 545 | asilverstein@connollygallagher.com |
| Minneapolis, MN 55305 |  |
| aanderson@anderson-lawfirm.com | *Attorneys for Plaintiff DEA Lookup.com,* |
| rflorence@anderson-lawfirm.com | *Inc.* |

Dated: March 27, 2025